**UNITED STATES of America,
Plaintiff–Appellee**

v.

**David Glen METCALF, Defendant–Appellant.**

**No. 11–50050
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 16, 2011.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Assistant Federal Public Defender, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before BENAVIDES, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Government's motion for summary affirmance is GRANTED. Appellant concedes his arguments are foreclosed by circuit precedent; to wit: *United States v. Johnson*, 632 F.3d 912 (5th Cir.2011); *United States v. Heth*, 596 F.3d 255 (5th Cir.2010); and *United States v. Whaley*,

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

577 F.3d 254 (5th Cir.2009). Appellant also indicates that he raises the arguments for possible Supreme Court review. The judgment of the district court is SUMMARILY AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.